IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EUGENE HARDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 09-00154-CB-N |
| | ) |
| DALLAS COUNTY JAIL, | ) |
| | ) |
| Defendant. | ) |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) and dated November 9, 2009, is **ADOPTED** as the opinion of this court.  It is **ORDERED** that this action be and is hereby **DISMISSED without prejudice** for failure to prosecute and to obey the Court's order.

**DONE** this 10th day of December, 2009.

/s/CHARLES R. BUTLER, JR.
UNITED STATES DISTRICT JUDGE